IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00967-BNB

ARTHUR J. MOORE,

    Applicant,

v.

WARDEN AL ESTEP, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 9 2006

GREGORY C. LANGHAM
CLERK

---

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

Applicant Arthur J. Moore is a prisoner in the custody of the Colorado Department of Corrections at the Limon Correctional Facility at Limon, Colorado. Mr. Moore has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Moore is challenging the validity of his conviction in Arapahoe County District Court case number 87-CR-380. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit.

Mr. Moore previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Moore v. Henderson*, No. 95-cv-03212-DBS-RMB (D. Colo. May 21, 1996). In 95-cv-03212-DBS-RMB, Mr. Moore challenged the validity of the same state court conviction he is challenging in the instant action by claiming that his guilty plea was involuntary and that he had received ineffective assistance of counsel. The habeas corpus application in 95-cv-03212-DBS-RMB was denied on the merits. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Moore must apply to the United States Court of Appeals for the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Moore does not allege that he has obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631. *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this 9 day of June, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-0967-BNB

Arthur J. Moore
Reg. No. 62184
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/9/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk